No. 93–1823. MISSOURI ET AL. *v.* JENKINS ET AL. (two cases). C. A. 8th Cir. [Certiorari granted, 512 U. S. 1287.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–1883. ANDERSON, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* EDWARDS, GUARDIAN AD LITEM FOR EDWARDS, ET AL. C. A. 9th Cir. [Certiorari granted, 512 U. S. 1288.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–1935. CURTISS-WRIGHT CORP. *v.* SCHOONEJONGEN ET AL. C. A. 3d Cir. [Certiorari granted, 512 U. S. 1288.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–18. MASTROBUONO ET AL. *v.* SHEARSON LEHMAN HUTTON, INC., ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 921.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–6132. IN RE REIDT. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 958] denied.

No. 94–6647. BROWN *v.* BROWN ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until December 27, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–6342. IN RE AGRIO; and
No. 94–6427. IN RE BELL. Petitions for writs of mandamus denied.

No. 94–560. FIRST OPTIONS OF CHICAGO, INC. *v.* KAPLAN ET AL. C. A. 3d Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition.